# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# DETROIT DIVISION

| | |
|---|---|
| JOSEPH PATTON,<br><br>　　　Plaintiff,<br>v.<br><br>UNITED COLLECTION BUREAU, INC.,<br><br>　　　Defendant. | Case No. 2:20-cv-11962-LJM-EAS<br><br>Honorable Laurie J. Michelson |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, JOSEPH PATTON, and the Defendant, UNITED COLLECTION BUREAU, INC., through their respective counsel that the above-captioned action is dismissed, with prejudice, against UNITED COLLECTION BUREAU, INC., pursuant to settlement and Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorney fees.

Dated: January 11, 2021　　　　　　　　　　　Respectfully Submitted,

**JOSEPH PATTON**　　　　　　　　　　　　**UNITED COLLECTION BUREAU, INC.**

*/s/ Nathan C. Volheim*　　　　　　　　　　　*/s/ Sean P. Flynn* (*with consent*)
Nathan C. Volheim　　　　　　　　　　　　Sean P. Flynn
*Counsel for Plaintiff*　　　　　　　　　　　*Counsel for Defendant*
Sulaiman Law Group, LTD　　　　　　　　Gordon & Rees, LLP
2500 S. Highland Avenue, Suite 200　　　　300 S. 4th Street, Suite 1550
Lombard, Illinois 60148　　　　　　　　　Las Vegas, Nevada 89101
Phone: (630) 575-8181　　　　　　　　　　Phone: (702) 577-9317
Fax: (630) 575-8188　　　　　　　　　　　sflynn@grsm.com
nvolheim@sulaimanlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

/s/ Nathan C. Volheim
Nathan C. Volheim